IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **04CR10089RWZ** |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| | : | Counts One through Three: 18 U.S.C. §1343 (Wire Fraud) |
| ROBERT C. GERRARD | : | Count Four: 18 U.S.C. §641 (Theft of Government Funds) |

**INDICTMENT**

The Grand Jury charges:

GENERAL ALLEGATIONS

1. At all times material to this indictment, defendant ROBERT C. GERRARD was an individual residing within the District of Massachusetts.

2. Beginning in or about October of 1987 and continuing until 2003, the exact dates being unknown to the Grand Jury, defendant ROBERT C. GERRARD engaged in a scheme and artifice to defraud the Social Security Administration ("SSA") in connection with GERRARD's receipt of monies to which he was not entitled, to wit, Social Security Title II retirement benefits directly deposited into a bank account for the benefit of a person other than ROBERT C. GERRARD.

3. As a result of this scheme and artifice to defraud, ROBERT C. GERRARD obtained $116,579.00, more or less, to which he was not entitled.

**COUNTS ONE THROUGH THREE**
**(Wire Fraud)**
**18 U.S.C. §1343**

The Grand Jury further charges as follows:

The allegations set forth in paragraphs one through three are incorporated herein.

On or about the dates set forth below, in District of Massachusetts and elsewhere,

ROBERT C. GERRARD

the defendant herein, having devised and intending to devise a scheme and artifice to defraud the Social Security Administration and for obtaining money and property, to wit, $116,579.00, more or less, by means of false and fraudulent pretenses, representations, and promises, did cause to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures, and sounds, for the purpose of executing such scheme and artifice, as set forth below:

| COUNT | DATE | ITEM TRANSMITTED |
|---|---|---|
| ONE | 1/03/00 | U.S. Treasury wired SSA benefits in the amount of $769.00 from the Federal Reserve Bank in Atlanta, Georgia to GERRARD's bank account at Watertown Savings Bank, Watertown, Massachusetts |
| TWO | 1/03/01 | U.S. Treasury wired SSA benefits in the amount of $793.00 from Federal Reserve Bank in Atlanta, Georgia to GERRARD's bank account at Watertown Savings Bank, Watertown, Massachusetts |
| THREE | 1/03/02 | U.S. Treasury wired SSA benefits in the amount of $812.00 from Federal Reserve Bank in Atlanta, Georgia to GERRARD's bank account at Watertown Savings Bank, Watertown, Massachusetts |

All in violation of Title 18, United States Code, Section 1343.

## COUNT FOUR
## (18 U.S.C. §641)
## (CONVERSION OF GOVERNMENT FUNDS)

The Grand Jury further charges:

The allegations set forth in paragraphs one through three are incorporated herein.

Beginning in 1987 and continuing until 2003, the exact dates being unknown to the Grand Jury,

### ROBERT GERRARD

the defendant herein, did steal, embezzle, purloin and knowingly covert to his own use, money in the approximate amount of $116,579.00, more or less, of the Social Security Administration, an agency of the United States.

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
NADINE PELLEGRINI
Assistant United States Attorneys

DISTRICT OF MASSACHUSETTS                March 31, 2004
                                         4:03 pm

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk