AO 83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA
V.

ROBERT C. GERARD
720 Washington Street
Gloucester, MA 01930

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:    CR04-10089:001 RWZ

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | No. 24, 7th Floor |
| Before:    The Hon. Joyce London Alexander | Date and Time<br>4/15/04 @ 11:45 am |

To answer a(n)
- [X] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title   18   United States Code, Section(s)   1343, 641

Brief description of offense:
**SEE INDICTMENT.**

NOTE: PLEASE REPORT TO THE UNITED STATES PRETRIAL SERVICES OFFICE ON THE FIRST FLOOR OF THE COURTHOUSE AT 9:00 AM TO BE INTERVIEWED BY A PRETRIAL SERVICES OFFICER PRIOR TO YOUR 11:45 AM APPEARANCE BEFORE THE COURT.

*Rex Brown, Courtroom Clerk*
Name and Title of Issuing Officer

*Rex Brown*
Signature of Issuing Officer

4/7/04
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]            Date |

| Check one box below to indicate appropriate method of service |
|---|

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  _____              _____
                  Date                                             Name of United States Marshal

                                                                                      _____
                                                                                        (by) Deputy United States Marshal

Remarks:

AO83 (Rev. 10/03) Summons in a Criminal Case

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.