UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-CR-10089RWZ |
| ) | |
| ROBERT C. GERRARD ) | |

## ASSENTED-TO MOTION TO CONTINUE ARRAIGNMENT

The defendant in the above-captioned case, Robert C. Gerrard, hereby moves to continue his arraignment, currently scheduled for April 15, 2004, to May 3, 2004 at 10:30 a.m. In support of this motion, the defendant states that he has a scheduling conflict on April 15, and his counsel has a conflicting deposition long scheduled for the same day. In further motion of this support, the defendant states that the U.S. Attorney has assented to the motion.

The defendant assents to the period of time of the continuance (from April 15, 2004 through May 3, 2004) being treated as excludable time for purposes of the Speedy Trial Act.

Respectfully submitted,

ROBERT C. GERRARD,
By his attorneys,

Bruce A. Singal, BBO #464420
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, Massachusetts 02108
(617) 720-5090

ASSENTED-TO:

*James Lang / BAS*
Nadine Pellegrini, Assistant U.S. Attorney
James Lang, Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100

Dated:  April 13, 2004

## CERTIFICATE OF SERVICE

I, Bruce A. Singal, hereby certify that I have caused copies of the Assented-To Motion to Continue Arraignment to be served upon Nadine Pellegrini and James Lang, Assistant U.S. Attorneys, U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210, by first class mail, postage prepaid, this 13th day of April, 2004.

*Bruce A. Singal*
Bruce A. Singal