UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT C. GERRARD )<br>) | CRIMINAL NO. 04-CR-10089RWZ |

## ASSENTED-TO MOTION TO ENLARGE TIME TO FILE MOTIONS

Defendant Robert C. Gerrard hereby moves that this Court enlarge by one (1) week, from Tuesday, August 17, 2004 up to and including Tuesday, August 24, 2004, the deadline for defendant Gerrard to file motions. As grounds for this motion, undersigned counsel for defendant Gerrard states that he needs additional time to complete the motions as a result of unforeseen contingencies. The government has assented to this motion.

Respectfully submitted,

ROBERT C. GERRARD,
By his attorneys,

_____/s/_____
Bruce A. Singal, BBO #464420
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, Massachusetts 02108
(617) 720-5090

ASSENTED-TO:


_____/s/_____
Nadine Pellegrini, Assistant U.S. Attorney
James Lang, Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100

Dated:  August 17, 2004

## CERTIFICATE OF SERVICE

I, Bruce A. Singal, hereby certify that I have caused copies of the Assented-To Motion to Enlarge Time to File Motions to be served upon Nadine Pellegrini and James Lang, Assistant U.S. Attorneys, U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210, by first class mail, postage prepaid, this 17th day of August, 2004.


_____/s/_____
Bruce A. Singal