IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 04 CR 10089 RWZ |
| v. | ) | |
| | ) | |
| ROBERT C. GERRARD | ) | |

## DEFENDANT'S MOTION TO DISMISS THE INDICTMENT

Now comes the defendant, Robert C. Gerrard, and hereby moves this Honorable Court,

pursuant to Fed. R. Crim. P. 12(b), to dismiss the indictment for failure to state a crime. In

support of this motion, Defendant respectfully directs the Court's attention to the supporting

Memorandum of Law accompanying this motion.

Respectfully submitted,

ROBERT C. GERRARD,
By his attorneys,

Bruce A. Singal, BBO #464420
Liz Rover Bailey, BBO# 636665
Donoghue, Barrett & Singal, P.C.
One Beacon Street
Boston, MA 02108
617-720-5090

Dated:  August 24, 2004

## CERTIFICATE OF SERVICE

I, Bruce A. Singal, hereby certify that I have caused a copy of the Defendant's Motion to
Dismiss the Indictment to be served upon Nadine Pellegrini, Assistant United States Attorney,
United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, Massachusetts
02210, by hand delivery this 24th day of August, 2004.

Bruce A. Singal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 04 CR 10089 RWZ |
| v. | ) | |
| | ) | |
| ROBERT C. GERRARD | ) | |

## MOTION FOR LEAVE TO FILE DISCOVERY MOTIONS

Now comes the defendant Robert C. Gerrard and hereby moves for leave to file any

necessary discovery motions beyond the motion deadline of August 24, 2004.  In support of this

motion, the defendant states that on this date he has filed a letter request for discovery to the

Assistant United States Attorney pursuant to Rule 116.3(A) of the Local Rules of this Court.

Said request was prompted at this time by information not known, or issues not reasonably

foreseeable, to the defendant before the deadline for discovery motions.  Specifically, the request

is based almost exclusively on information referred to in Jencks material provided by the United

States Attorney's Office to the defendant on August 5, 2004.

Respectfully submitted,

ROBERT C. GERRARD,
By his attorneys,

_____
Bruce A. Singal, BBO #464420
Liz Rover Bailey, BBO# 636665
Donoghue, Barrett & Singal, P.C.
One Beacon Street
Boston, MA 02108
617-720-5090

Dated:   August 24, 2004

## CERTIFICATE OF SERVICE

I, Bruce A. Singal, hereby certify that I have caused a copy of the Motion for Leave to File Discovery Motions to be served upon Nadine Pellegrini, Assistant United States Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, by hand delivery this 24th day of August, 2004.

_____
Bruce A. Singal

-2-