UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10089 RWZ

ROBERT C. GERRARD
       Defendant

REPORT & ORDER ON
INITIAL & FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

     On June 15, 2004, the parties appeared before this Court for an Initial Status Conference and on August 3, 2004, the parties appeared before this Court for a Final Status Conference.  With regard to the following issues, the parties have represented that:

1. There are no features of the case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motions;

3. Anticipated supplemental discovery is minimal;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) is not anticipated;

4. The applicable periods of excludable delay under the Speedy Trial Act include:  May 3, 2004, through May 31, 2004 (28 days); June 15, 2004, through August 3, 2004 (42 days) and August 3, 2004, through August 24, 2004 (21 days), for a total of ninety-one (91) days as of August 24, 2004.  The time period from June 1, 2004, through June 14, 2004 (14 days) has not been excluded.  The total amount of time to proceed to trial is fifty-six (56) days as of August 24, 2004.  There is a pending motion to dismiss that will cause additional excludable time on the Speedy Trial Clock;

5. (a) The defendant does not intend to raise a defense of insanity;

   (b) The defendant does not intend to raise a defense of public authority;

6. The government has not requested notice of alibi;

7. There is a pending motion to dismiss that requires a ruling by the District Judge before trial;

8. There is no need for a schedule for any matter than a hearing on dispositive motions and trial;

9. Early resolution of the case without trial is unlikely;

10. Trial is necessary. The estimated duration of the trial is five (5) days;

11. There are no other matters.

   IT IS HEREBY ORDERED THAT

   Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

   HONORABLE JOYCE LONDON ALEXANDER
   UNITED STATES MAGISTRATE JUDGE
   By the Court:

   /S/ Rex Brown
   Courtroom Clerk
   (617) 748-9238

September 27, 2004
Date