## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

       **V.**                              **CRIMINAL NO. CR04-10089 RWZ**

**ROBERT C. GERARD**

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay from: **5/3/04** until **5/31/04, 6/15/04** until **8/3/04** , **8/3/04** until **8/17/04** and **8/17/04** until **8/24/04** for the reason checked below.

9/27/04                                               /S/ Joyce London Alexander
    Date                                              U.S. Magistrate Judge

REFER TO DOCUMENT(S) # 28 day excludable following arraignment;  6/15/04 oral motion allowed at hearing; 8/3/04 oral motion allowed at hearing; Docket #7

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18 U.S.C.§3161(h)(1)(E) |
| [ ] | XE | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18 U.S.C.§3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XM | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [X] | XT | Continuance granted in the interest of justice | 18 U.S.C.§3161(h)(8) |

(04cr10089 O-EX DLY.wpd - 01/93)                                                             [koexcl.]