

# MASSACHUSETTS GENERAL HOSPITAL

Bruce Singal
Donoghue, Barrett, & Singal
1 Beacon St
Boston MA 02108

March 21, 2005

Dear Mr. Singal,

This letter is to inform you about the medical status of your patient, Robert Gerrard. He was transferred to the MGH Neurointensive care unit on March 15, 2005 for further workup and management of his neurological condition. He was found to have a severe narrowing of a major artery to his brain, and will need to be on medical therapy to prevent any blood clots. His condition is serious, but he is currently stable. He is being discharged home today with follow-up management of his condition by his PCP (Dr. Amy Etzwieler, Miles Memorial Hospital in Maine, 207-563-1234.)

We understand the stressful nature of his court case and would advise that he be allowed to rest, adjust to his new medical regimen, and be seen and cleared by his PCP before appearing in court. We would advise that he take *at least* a week before doing so.

We thank you in advance for your consideration.

Sincerely,

Dr. Kwanna Williamson
MGH Department of Neurology