IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT C. GERRARD ) | No. 04 CR 10089 RWZ |

## UPDATED REPORT OF DEFENDANT'S MEDICAL CONDITION

The defendant submits this report to update his medical condition. Undersigned counsel spoke to defendant's treating physician, Dr. Amy Etzwieler, of Miles Memorial Hospital, Damarascotta, Maine on this date. Dr. Etzwieler reported as follows:

1. Mr. Gerrard was discharged from the Massachusetts General Hospital on March 21, 2004.

2. He has "fairly significant" basillar arterial stenosis, meaning blockage of an artery that can prevent blood from flowing sufficiently to the brain.

3. He has had symptoms related to the stenosis, including paralysis on his left side.

4. Mr. Gerrard is on new medication to control such symptoms.

5. Mr. Gerrard's blood pressure also has to be very carefully regulated because, in light of his basillar arterial stenosis, if it is too low or too high it can create a significant risk of stroke. Last week when Dr. Etzwieler saw Mr. Gerrard his blood pressure was too high, and the medication was changed to regulate it further.

6. Dr. Etzwieler saw Mr. Gerrard today, and his blood pressure was better. However, because he has been on new medication for only a week, it is important for her to monitor it and ensure the medication is continuing to control it.

7. Until there has been a longer period demonstrating his blood control is being properly regulated by the new medication, Dr. Etzwieler believes that a stressful situation such as court poses a risk to him, and should be avoided.

8. Dr. Etzwieler is scheduled to see Mr. Gerrard again in two weeks, and she recommended that "for safety to his brain," he should not be put into a highly stressful situation.

9. In two weeks when Dr. Etzwieler sees him again, if Mr. Gerrard has shown stabilization of his blood pressure symptoms, and continued stabilization of his neurological symptoms, she will reassess the risk posed by a court appearance. At that time, the defendant will report back to the Court on his condition.

In the meantime, the defendant Gerrard will authorize Dr. Etzwieler to speak directly with the Court, or to furnish a written report, if the Court deems it appropriate.

Respectfully submitted,

ROBERT C. GERRARD,
By his attorneys,


_/s/   Bruce A. Singal_
Bruce A. Singal, BBO #464420
Donoghue, Barrett & Singal, P.C.
One Beacon Street
Boston, MA 02108
617-720-5090

Dated: April 5, 2005

## CERTIFICATE OF SERVICE

    I, Bruce A. Singal, hereby certify that I have caused a copy of the Further Report of Defendant's Medical Condition to be served upon Nadine Pellegrini, Assistant United States Attorney, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, by first class mail and facsimile, this 5th day of April, 2005.

                                                               /s/   *Bruce A. Singal*
                                                      Bruce A. Singal